# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**JOSHUA E. LASURE**

      Plaintiff,

                                  CIVIL ACTION NO. 2:09-CV-0674
                                  Honorable John T. Copenhaver, Jr.

v.

**KMART CORPORATION**

      Defendant.

## NOTICE OF MEDIATION

Please take notice that the parties have jointly agreed to conduct mediation in the above-referenced matter on **Wednesday, February 17, 2010, beginning at 10:00 a.m.** at the law office of Huddleston Bolen LLP, 707 Virginia Street, East, Suite 1300, Charleston, West Virginia, before Mediator Lonnie Simmons.

                                          SEARS HOLDINGS CORPORATION
                                          By counsel

/s/ Kevin A. Nelson
Kevin A. Nelson (WVSB #2715)
Ashley W. French (WVSB #9060)
**HUDDLESTON BOLEN LLP**
707 Virginia Street East, Suite 1300
P.O. Box 3786
Charleston, WV 25337
(304) 344-9869

{C0096936.1 }

# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**JOSHUA E. LASURE**

    **Plaintiff,**

                      **CIVIL ACTION NO. 2:09-CV-0674**

                      **The Honorable John T. Copenhaver, Jr.**

**v.**

**KMART CORPORATION**

    **Defendant.**

---

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 14, 2010 the foregoing **NOTICE OF MEDIATION** was served upon counsel for Plaintiff, Jeffrey V. Mehalic, 2011 Quarrier Street, PO Box 11133, Charleston, West Virginia 25339-1133, as evidenced by Certificate of Service electronically filed with the Court via the ECF/CM system.

                                                **/s/ Kevin A. Nelson**
                                                Kevin A. Nelson (WVSB #2715)

{C0086400.1 }